USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/3/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
UNITED STATES OF AMERICA,　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　:
　　　　-against-　　　　　　　　　　　　　　:　　17-CR-438 (VEC)
　　　　　　　　　　　　　　　　　　　　　　:
ANDRE BELLIARD,　　　　　　　　　　　　　　:　　ORDER
　　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　Defendant.　　　　　 :
------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

　　　　WHEREAS on December 3, 2021, Mr. Belliard filed a motion for compassionate release, *see* Dkt. 658;

　　　　IT IS HEREBY ORDERED that the Government must respond to Mr. Belliard's motion by **January 14, 2022**. As part of its response, the Government must include two years of medical records under seal, as well as the Defendant's disciplinary record and education record, not under seal. Mr. Belliard's reply is due by **January 28, 2022**.

**SO ORDERED.**

Date:　December 3, 2021　　　　　　　　　　　　　_____
　　　　New York, NY　　　　　　　　　　　　　　　　**VALERIE CAPRONI**
　　　　　　　　　　　　　　　　　　　　　　　　　**United States District Judge**